# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ARTHUR C. ZOELLICK & KATHERINE M. ZOELLICK          Case Number: 08-73144
1311 - 7TH AVENUE                      SSN-xxx-xx-8576 & xxx-xx-0642
BELVIDERE, IL  61008

Case filed on:     9/30/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $325.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF HENRY REPAY | 3,774.00 | 3,774.00 | 0.00 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 0.00 | 0.00 |
| 006 | ROCKFORD MERCANTILE AGENCY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | I.C. SYSTEM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | ARTHUR C. ZOELLICK | 0.00 | 0.00 | 325.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 325.00 | 0.00 |
| 001 | BENEFICIAL ILLINIS D/B/A BENEFICIAL | 1,747.35 | 1,747.35 | 0.00 | 0.00 |
| 002 | BOONE COUNTY TREASURER | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|  | Total Secured | 5,247.35 | 5,247.35 | 0.00 | 0.00 |
| 003 | CITIZENS FINANCE | 13,132.04 | 13,132.04 | 0.00 | 0.00 |
| 004 | US FINANCIAL LIFE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ANTHONY F. MOLINARI MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 2,563.78 | 2,563.78 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 309.83 | 309.83 | 0.00 | 0.00 |
| 009 | HSBC BANK N/A | 479.93 | 479.93 | 0.00 | 0.00 |
| 010 | EAR, NOSE & THROAT SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FINGERHUT DIRECT MARKETING INC/CIT BANK | 401.81 | 401.81 | 0.00 | 0.00 |
| 012 | FLEMING HEATING & AIR CONDITIONING | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HSBC BANK N/A | 1,560.73 | 1,560.73 | 0.00 | 0.00 |
| 014 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PERSONAL FINANCE COMPANY | 2,043.30 | 2,043.30 | 0.00 | 0.00 |
| 016 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 2,691.83 | 2,691.83 | 0.00 | 0.00 |
|  | Total Unsecured | 23,183.25 | 23,183.25 | 0.00 | 0.00 |
|  | Grand Total: | 32,204.60 | 32,204.60 | 325.00 | 0.00 |

Total Paid Claimant:        $325.00
Trustee Allowance:          $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2009          By  /s/Heather M. Fagan